COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-17-00877-CV |
| Style: | Robert M. Fenlon v. Harris County, et al. |
| Date motion filed*: | January 8, 2018 |
| Type of motion: | Motion for an Extension of Time to Pay for Appellate Records Fees |
| Party filing motion: | Pro Se Appellant |
| Document to be filed: | Evidence of Payment or Arrangement to Pay for Clerk's Record |

Is appeal accelerated?        No

If motion to extend time:

| | |
|---|---|
| Original due date: | December 11, 2017 (record due date) |
| Number of extensions granted: | 0        Current Due Date:  January 12, 2018 |
| Date Requested: | N/A (30 days requested) |

Ordered that motion is:

☑ Granted
  ☑ If document is to be filed, document due:  February 12, 2018.
☐ Denied
☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)
☑ Other: _____

Because appellant has paid for the filing and reporter's record fees and states that he has made a down payment on the clerk's record fee, his motion for a 30-day extension of time to file evidence of payment arrangements for the clerk's record fee is **granted until February 12, 2018**. *See* TEX. R. APP. P. 4.1(a), 35.3(a)(2).  To the extent that appellant's motion also seeks an extension of time to pay for the reporter's record fee, that is **dismissed as moot** because this Court granted the reporter's extension of time to file that record on January 9, 2018, until January 18, 2018. *See id.* 35.3(b)(3), (c).

Judge's signature: /s/ Evelyn V. Keyes _____
                ☑ Acting individually      ☐ Acting for the Court
Date: January 18, 2018